

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2015

No. 04-15-00367-CR

The **STATE** of Texas,
Appellant

v.

Charles **CAVES**,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 476519
Honorable Susan Skinner, Judge Presiding

## O R D E R

Appellee Charles Caves's brief was originally due November 4, 2015; however, this court granted Caves and extension of time until December 4, 2015, to file the brief. Caves has filed a motion asking for an additional thirty-day extension of time.

We grant the motion and order the appellee's brief due January 4, 2016 (sixty-one days after the original due date). Counsel is advised that no further extensions of time will be granted absent a motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. If the brief or a conforming motion is not filed by the date ordered, the appeal may be set for submission without an appellee's brief and without further notice.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2015.

Keith E. Hottle
Clerk of Court